IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINCOLN DAVE LEVYS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHANNEL 11 NEWS, MATTHEW ) <br> SANTONI, and PITTSBURGH TRIBUNAL, ) <br> ) <br> Defendants. ) | Civil Action No. 17-933 <br> Judge David Stewart Cercone <br> Chief Magistrate Judge Maureen P. Kelly |

## ORDER OF COURT

AND NOW, this 28th day of September, 2017, after Plaintiff Lincoln Dave Levys, Jr. filed a complaint in the above-captioned matter, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until September 8, 2017, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is DISMISSED for failure to state a claim upon which relief can be granted. The Clerk of Court shall mark this case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Lincoln Dave Levys, Jr.
MV2607
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001
(*Via First Class Mail*)